IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TRACY WATTS,
    Plaintiff

vs.

ROBERT TRETINIK, Health Care Administrator; DR. MICHAEL HERBICK, Doctor; CHRIS MEYERS, (P.A.),
    Defendants

Civil Action No. 07-824
Judge Arthur J. Schwab/
Magistrate Judge Amy Reynolds Hay

## ORDER

AND NOW, this 16th day of September, 2008, after the Plaintiff, Tracy Watts, filed an action in the above-captioned case, and after motions to dismiss were filed by Defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the plaintiff until September 12, 2008 to file written objections thereto, and plaintiff having filed objections to the report and recommendation on September 15, 2008, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Defendant Tretinik's motion to dismiss filed by Defendant Robert Tretinik ("Tretinik"), Dkt. [35], is granted and the complaint is dismissed against him for failure to state a claim upon which relief can be granted.

IT IS FURTHER ORDERED that the motion to dismiss filed by Defendants Dr. Michael Herbick and Physician Assistant Chris Meyers (collectively "the Medical Defendants"), Dkt. [45], is granted in part and denied in part. It is granted as to all claims except it is denied as

to Plaintiff's Eighth Amendment claims.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_____
ARTHUR J. SCHWAB
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Tracy Watts
AS-2157
S.C.I. Coal Township
1 Kelley Drive
Coal Township, PA 17866-1021

Robert A. Willig, Esq.
Office of Attorney General
564 Forbes Avenue
Manor Complex, 6th Floor
Pittsburgh, PA 15219

Kathryn M. Kenyon, Esq.
P. Brennan Hart, Esq.
Pietragallo, Bosick & Gordon LLP
38th Floor
One Oxford Centre
Pittsburgh, PA 15219
(412) 263-1824