IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACY WATTS, ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 07-824 |
| ) | Judge Arthur J. Schwab/ |
| DR. MICHAEL HERBICK, (Doctor); ) | Magistrate Judge Amy Reynolds Hay |
| CHRIS MEYERS, (P.A.), ) | |
| Defendants ) | |

## ORDER

AND NOW, this 28th day of Sept, 2009, after the Plaintiff, Tracy Watts, filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by defendant(s), and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until September 22, 2009, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [82] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

_Arthur J. Schwab_
ARTHUR J. SCHWAB
United States District Judge

cc:     Honorable Amy Reynolds Hay
        Chief United States Magistrate Judge

        Tracy Watts
        AS-2157
        S.C.I. Coal Township
        1 Kelley Drive
        Coal Township, PA 17866-1021

        Counsel of Record Via CM-ECF

        All Counsel of Record by electronic filing